UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CUNG LE, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZUFFA, LLC,<br><br>    Defendant. | Case No. 5:14-cv-05484-EJD<br>Case No. 5:14-cv-05591-EJD<br>Case No. 5:14-cv-05621-EJD<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE** |
| LUIS JAVIER VASQUEZ, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZUFFA, LLC,<br><br>    Defendant. | |
| BRANDON VERA, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZUFFA, LLC,<br><br>    Defendant. | |

Defendant Zuffa, LLC's administrative motion to advance the hearing date for a Motion to

1

Case Nos.: 5:14-cv-05484-EJD ; 5:14-cv-05591-EJD; 5:14-cv-05621-EJD
ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO ADVANCE
HEARING DATE

Transfer Venue under 28 U.S.C. § 1404(a) is DENIED.

**IT IS SO ORDERED.**

Dated:  February 10, 2015



EDWARD J. DAVILA
United States District Judge

2

Case Nos.: 5:14-cv-05484-EJD ; 5:14-cv-05591-EJD; 5:14-cv-05621-EJD
ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE