1    [Counsel listed on signature pages]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11   Cung Le, Nathan Quarry, Jon Fitch, on behalf     Case No.  5:14-cv-05484 EJD
     of themselves and all others similarly situated,
12                                                    **STIPULATION AND [PROPOSED]**
                  Plaintiffs,                         **ORDER SELECTING ADR PROCESS**
13          v.

14   Zuffa, LLC, d/b/a Ultimate Fighting
     Championship and UFC,
15
16                Defendant.

17   Luis Javier Vazquez and Dennis Lloyd             Case No.  5:14-cv-05591 EJD
     Hallman, on behalf of themselves and all
18   others similarly situated,

19                Plaintiffs,

20          v.

21   Zuffa, LLC, d/b/a Ultimate Fighting
     Championship and UFC,
22
23                Defendant.

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

| | |
|---|---|
| 1 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No.  5:14-cv-05621 EJD |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, |
| 6 | |
| 7 | Defendant. |

Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,

Case No.  5:15-cv-00521 EJD

Plaintiffs,

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,

Case No.  5:15-cv-01324 EJD

Plaintiffs,

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

WHEREAS, the parties agree to participate in mediation with a mutually agreed upon mediator;

WHEREAS, the parties believe that mediation would be premature at this stage of the case in light of the pending and anticipated motions and other factors;

WHEREAS, the parties believe that meeting and conferring on the appropriate date for mediation would be more productive when the case is farther advanced, and agree to meet and confer no later than September 30, 2015 to agree upon an appropriate schedule for mediation;

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Vazquez, Dennis Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama and Defendant Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC, through their respective attorneys, subject to the Court's approval, that these parties will participate in mediation with a mutually agreed upon mediator at a time to be agreed upon not later than September 30, 2015 in satisfaction of the parties' ADR obligations in this case pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

Dated:  April 16, 2015                    /s/ Joseph R. Saveri
                                                        Joseph R. Saveri

                                                  Joseph R. Saveri #130064
                                                  (jsaveri@saverilawfirm.com)
                                                  JOSEPH SAVERI LAW FIRM, INC.
                                                  505 Montgomery Street, Suite 625
                                                  San Francisco, CA 94111
                                                  Telephone:  (415) 500-6800;
                                                  Fax:  (415) 395-9940

                                                  *Attorney for Plaintiffs and Representative
                                                  Plaintiffs Cung Le, Nathan Quarry, Jon
                                                  Fitch, Luis Javier Vazquez, Dennis Lloyd
                                                  Hallman, Brandon Vera, Pablo Garza, Gabe
                                                  Ruediger, Mac Danzig, Kyle Kingsbury and
                                                  Darren Uyenoyama*

1

Dated:  April 16, 2015

/s/ John F. Cove, Jr.
John. F. Cove, Jr.

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900,
Oakland, CA 94612
Telephone: (510) 874-1000;
Fax: (510) 874-1460

*Attorney for Defendant Zuffa, LLC*

Pursuant to L.R. 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 16, 2015

By: /s/ John F. Cove, Jr.
John F. Cove, Jr.

[PROPOSED] ORDER

☒    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

4/17                          , 2015

THE HONORABLE EDWARD J. DAVILA
United States District Judge

2

Stipulation and [Proposed]                 Case Nos.  5:14-cv-05484 EJD; 5:14-cv-05591 EJD
Order Selecting ADR Process        5:14-cv-05621 EJD; 5:15-cv-00521 EJD; 5:15-cv-01324 EJD